**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | 05-4303M-001 |
|                                      ) | |
|          Plaintiff,                  ) | **ORDER** |
|                                      ) | |
| vs.                                  ) | |
|                                      ) | |
| Jerald Jay Logg,                     ) | |
|                                      ) | |
|          Defendant.                  ) | |
|                                      ) | |

     This is the time set for the continuation of Defendant's detention hearing in the above-captioned matter and consolidated detention hearing on the probation violation case (CR-03-177-1-PCT-JAT), filed on November 21, 2005.

     After hearing from defense counsel that the possibility exists that Defendant may be detained on the probation violation case and released on the new case due to the different legal standards in which event Defendant would not receive any jail credit on the new charge despite being detained, counsel agrees that the Court's detention decision on the probation violation case will be applied consistently to the detention issue on the new charge. After questioning the Defendant in open court on the issue, the Court finds that Defendant knowingly, intelligently and voluntarily agrees that if he is detained by the Court on the probation case (CR-03-177-1-PCT-JAT), Defendant agrees to be detained on the new case (05-4303M).

1  After hearing the parties' proffers and arguments in CR-03-177-1-PCT-JAT and
2 finding that Defendant has failed to sustain his burden of proof by clear and convincing
3 evidence that he is not a danger to the community,

4  **IT IS ORDERED** that Defendant shall be detained in this matter until further
5 order of the district court.

6  DATED this 29th day of November, 2005.

_____
Lawrence O. Anderson
United States Magistrate Judge