IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 05-4303M |
| Plaintiff, ) | CR-03-177-1-PCT-JAT |
| ) | |
| vs. ) | **NOTICE TO COUNSEL** |
| ) | |
| Jerald Jay Logg, ) | |
| Defendant. ) | |

     It has come to the Court's attention that due to a technical error, the Defendant's consolidated detention hearings in the above-captioned cases, conducted in open court on November 29, 2005 before the undersigned, was not recorded contrary to the belief of the Court, Counsel, Defendant and all other persons present in the courtroom that day.

     Title 28 U.S.C. § 753(b) requires that "all proceedings in criminal cases had in open court" shall be "recorded verbatim by shorthand, mechanical means, electronic sound recording or any other method . . . ."  The requirements of § 753(b) are mandatory. United States v. Piascik, 559 F.2d 545 (9th Cir. 1977).

     In view of the technical error which resulted in the inadvertent failure to record the proceedings conducted on November 29, 2005 and notwithstanding the fact that the Defendant is entitled to de novo hearings before the assigned District Judges, the Court is willing to consider rescheduling the detention hearings to create a record that was not actually made on November 29, 2005.  If either or both counsel believe such a creation of

1 the November 29 record is reasonably necessary under the circumstances, counsel may
2 contact the Court's Judicial Assistant, Vickie Guidas, at (602) 322-7620 to set the matter for
3 a telephonic conference with the Court to discuss the matter.

4     DATED this 7th day of December, 2005.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge